ment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MINNA NIEMAN and DAVID NIEMAN, Appellants, v. THE CITY OF NEW YORK, Respondent.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Merrell and O'Malley, JJ., dissent.

MAXWELL E. ERDOFY, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the authority of *Richards* v. *National City Bank* (231 App. Div. 559). Present — O'Malley, Merrell, Sherman and Townley, JJ.; Sherman, J., dissents and votes for affirmance.

MARIE LUBOMIRSKA, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the authority of *Richard* v. *National City Bank* (231 App. Div. 559). Present — O'Malley, Merrell, Sherman and Townley, JJ.; Sherman, J., dissents and votes for affirmance.

ALTER MIRSKI, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant. Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the authority of *Richard* v. *National City Bank* (231 App. Div. 559). Present — O'Malley, Merrell, Sherman and Townley, JJ.; Sherman, J., dissents and votes for affirmance.

ANTOINETTE FRELE RUSSO, an Infant by CARMINE FRELE, Her Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LOUIS NEWMAN, Appellant, v. MARY LEIVE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

INDEPENDENT KALUSZER YOUNG MEN'S SICK BENEVOLENT SOCIETY, INC., and Others, Respondents, v. KALUSZER YOUNG MEN'S BENEVOLENT SOCIETY, INC., Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

INDEPENDENT KALUSZER YOUNG MEN'S SICK BENEVOLENT SOCIETY, INC., and Others, Respondents, v. KALUSZER YOUNG MEN'S BENEVOLENT SOCIETY, INC., and Others, Defendants, Impleaded with JOSEPH HORNICK, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

INDEPENDENT KALUSZER YOUNG MEN'S SICK BENEVOLENT SOCIETY, INC., and Others, Respondents, v. KALUSZER YOUNG MEN'S BENEVOLENT SOCIETY, INC., and Others, Defendants, Impleaded with " JACOB " REITER and " JACOB " REINER, the Names " Jacob " Being Fictitious, etc., Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

IDA BARTNOFF and SIMON BARTNOFF, Respondents, v. MERCHANTS AND MANUFACTURERS SECURITIES CORPORATION and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order

*Affd., 257 N. Y. 532.